**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MELISSA MELINDA MATTHEWS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-15-2904 |
| | § | |
| NANCY BERRYHILL, Acting | § | |
| Commissioner of the Social Security | § | |
| Administration, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION AND GRANTING
THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

This court has reviewed the United States Magistrate Judge's Memorandum and Recommendation on the defendant's motion for summary judgment signed on August 1, 2017, and made a *de novo* determination. Rule 72(b), Fed. R. Civ. P.; 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989). Based on the pleadings, the record, and the applicable law, the court adopts the Memorandum and Recommendation as this court's Memorandum and Order. This court finds and concludes that the Administrative Law Judge's decision denying social security benefits is supported by substantial evidence in the record and that the Administrative Law Judge properly applied the legal standards. The Commissioner's motion for summary judgment, Docket Entry No. 12, is granted.

Final judgment dismissing this case with prejudice is entered by separate order.

SIGNED on August 17, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge